UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **L-A-D Foundation,** | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:09CV01156 TIA |
| | ) |
| **Shannon County, Missouri,** | ) |
| | ) |
| Defendant. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 22, 2009, and assigned to the Honorable Terry I. Adelman. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:09cv0156 LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:09cv01156 TIA is hereby administratively closed.

Dated this 28th day of October, 2009.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **1:09cv00156 LMB** in all future matters concerning this case.